# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ, <br><br>        Plaintiffs, <br><br>   v. <br><br>CITY OF FAIRFIELD and Does 1-10, Inclusive, <br><br>        Defendant. | Case No. 2:20-cv-00317-TLN-AC <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE ALLISON CLAIRE FOR SETTLEMENT CONFERENCE** |

In light of the parties' Stipulation RE: Referral to Magistrate Judge Allison Claire, Waiver of Disqualification of Settlement Judge, and good cause appearing, the Court hereby grants the parties' stipulation and ORDERS that the above-entitled action be referred to Magistrate Judge Allison Claire for a Settlement Conference.

**IT IS SO ORDERED.**

Dated:  July 30, 2020

                                              Troy L. Nunley
                                              United States District Judge